# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **PROJECTOR S.A.** | § | **PLAINTIFF** |
| | § | |
| v. | § CIVIL ACTION NO. 1:06CV917-LG-JMR | |
| | § | |
| **THE MT. NECHES, Her Engines, Tackle,** | § | |
| **Apparel, etc.,** *in rem*, **and NECHES** | § | |
| **SHIPPING, LLC,** *in personam* | § | **DEFENDANTS** |

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

BEFORE THE COURT is Plaintiff's Motion to Dismiss [10], filed in the above styled and numbered cause on August 6, 2007. Having considered the motion, the Court is of the opinion that the Motion should be granted, and the case dismissed pursuant to FED. R. CIV. P. 41(a) without prejudice.

**IT IS THEREFORE ORDERED AND ADJUDGED,** that Plaintiff's Ex Parte Motion to Dismiss should be and is hereby **GRANTED.**

**IT IS FURTHER ORDERED AND ADJUDGED,** that the above styled and captioned cause is dismissed without prejudice pursuant to FED. R. CIV. P. 41(a).

**SO ORDERED AND ADJUDGED** this the 22nd day of August, 2007.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge